Artis-Ray: Cash Jr.
453 South Spring street
Suite 400 PMB 1211
Los Angeles, CA 90013
831-346-2562
artiscashjr@yahoo.com

Artis-Ray: Cash Jr., IN PRO PER

FILED
2024 JAN 18 PM 2:23
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY____rsm____

**2:24-CV-00474-SVW-Ex**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Artis-Ray: Cash Jr.,<br>  Plaintiff,<br><br>vs.<br><br>LVNV Funding LLC,<br><br>Resurgent Capital Services L.P.,<br>  Defendant. | No. (to be determined by clerk)<br><br>**COMPLAINT** for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., **NOTICE OF RIGHTS** |

I, Artis-Ray: Cash Jr., hereinafter referred to as "Plaintiff", brings this action against LVNV Funding LLC, hereinafter referred to as "Defendant", and Resurgent Capital Services L.P., hereinafter referred to as "Defendant". Plaintiff makes the following allegations based upon information and belief, except as to the allegations specifically pertaining to myself, which is based on personal knowledge.

**INTRODUCTION**

Plaintiff brings this civil action against the Defendants for their negligent conduct and

---
1
COMPLAINT, NOTICE OF RIGHTS

systemic failure in compliance with the provisions of the Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq.), and related state laws.

**PARTIES**

Plaintiff Artis-Ray: Cash Jr. is, and at all times mentioned herein was, a resident of Los Angeles and a citizen of California. Plaintiff at all times material hereto was a "consumer" as said term is defined under 15 U.S.C. § 1692a(3) of the Fair Debt Collection Practices Act.

Defendant LVNV Funding LLC is a debt collector as defined by 15 U.S.C. § 1692a(6) and conducts substantial and regular business activities in this judicial district. Defendant LVNV Funding LLC is a Delaware corporation registered to do business in the State of California, and may be served with process upon CSC- Lawyers Incorporating Service, its registered agent for service of process at 2710 Gateway Oaks Drive suite 150N, Sacramento, CA 95883. Defendant regularly attempts to collect consumers' debts alleged to be due to another.

Defendant Resurgent Capital Services L.P. is a debt collector as defined by 15 U.S.C. § 1692a(6) and conducts substantial and regular business activities in this judicial district. Defendant Resurgent Capital Services L.P., is a Delaware corporation registered to do business in the State of California, and may be served with process upon CSC- Lawyers Incorporating Service, its registered agent for service of process at 2710 Gateway Oaks Drive suite 150N, Sacramento, CA 95883. Defendant regularly attempts to collect consumers' debts alleged to be due to another.

## JURISDICTION AND VENUE

This Court has jurisdiction over this matter pursuant to 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331.

Venue is proper in that the Defendants transact business in Los Angeles City, Los Angeles County, California, and the conduct complained of occurred in Los Angeles City, Los Angeles County, California.

## FACTS

Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein with the same force and effect as if the same were set forth at length herein.

On or about December 29th, 2023, Plaintiff mailed a letter to the Defendants, disputing and requesting validation for the alleged Credit One debt (account ending in 9680). Plaintiff also explained that the only convenient way to contact him is by email (see Exhibit A).

Instead of communicating the convenient way to the consumer the Plaintiff by email, Defendants mailed a letter reply to the Plaintiff on or about January 6th, 2024 (see Exhibit B). Defendants can not contact the Plaintiff, the consumer, at any inconvenient time or place. This is a violation of 15 U.S.C. § 1692c(1).

## ABUSIVE PRACTICES IN DEBT COLLECTION

The congress of the United States of America makes the following findings:

"There is abundant evidence of the use of abusive, deceptive, and unfair dent collection practices by many debt collectors. Abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to the invasions of individual privacy."

**FIRST CAUSE OF ACTION – Violation of the FDCPA as to LVNV Funding LLC**

Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein with the same force and effect as if the same were set forth at length herein.

Defendant LVNV Funding LLC violated 15 U.S.C. § 1692c(1) by contacting the Plaintiff at a place known to be inconvenient to the consumer.

As a result of the above violations of the FDCPA, the Defendant is liable to Plaintiff for actual damages, statutory damages, and costs.

**SECOND CAUSE OF ACTION – Violation of the FDCPA as to Resurgent Capital Services L.P.**

Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein with the same force and effect as if the same were set forth at length herein.

Defendant Resurgent Capital Services L.P. violated 15 U.S.C. § 1692c(1) by contacting the Plaintiff at a place known to be inconvenient to the consumer.

As a result of the above violations of the FDCPA, the Defendant is liable to Plaintiff for actual damages, statutory damages, and costs.

**DEMAND FOR TRIAL BY JURY**

Plaintiff demands and hereby respectfully requests a trial by jury for all claims and issues in this complaint to which Plaintiff is or may be entitled to a jury trial.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff demands judgment from the Defendants as follows:

    a) For actual damages provided and pursuant to 15 U.S.C. § 1692k(1)(2);

    b) For statutory damages provided and pursuant to 15 U.S.C. § 1692k(2);

    c) Cost and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(3);

    d) For any such other and further relief, as well as further costs, expenses and disbursements of this action as this Court may deem just and proper.

Dated: 01/18/2024

                                                                                                 Artis-Ray: Cash Jr.

                                                                                                 IN PRO PER

# NOTICE

To whomever it may concern, this document is tangible proof and evidence beyond reasonable doubt that I Artis Ray Cash Jr., am fully aware of the bill of rights, my civil rights, my constitutional rights and above all my natural rights as a Human being. I deem any and all contracts connected to me null and void. Meaning that if at any time in the past I inadvertently waived my rights, surrendered my rights, or in any way lessened my status through a contract, it would be a nullity as such would have been done without full disclosure, clean hands, good faith, and fair business practices. I am fully responsible and liable. I OVERSTAND that I am the Grantor and Beneficiary of ALL my proceedings whether they be legal, lawful, unlawful or civil. I demand that no-one presume that I am anything other than what I officially claim to be. ANY and all persons, corporations, organizations and government agencies who violate any single one of these rights are required to pay me in the USD amount of whatever I deem necessary. You are hereby bound to inform all of your superiors and subordinates who may have future interactions with me, or my person. If there is something you do not understand clearly, it is incumbent on you to summon a superior officer, special prosecutor, federal judge or other competent legal counsel to immediately explain the significance of this document as per your duties and obligations in respect to this private formal instrument. Please write to me back with any questions, comments or concerns you may have. You have 21 days to reply. Acquiesce applies. During the signing of this document I hereby testify this binding and unbreakable in the presence of God and Men.

Sincerely,

*/s/ Artis Ray Cash Jr.*

*Exhibit A*

12/29/2023
LVNV Funding LLC
6801 S. Cimarron Road, Suite 424-J
Las Vegas, NV 89113

Account No. ending in 9680
Amount of Debt: $1,1016.90

I am disputing the alleged debt owed to Credit One Bank, N.A. I need validation of the debt. The only convenient way to contact me is via email.

Artis Ray Cash Jr.
453 S. Spring Street Suite 400 PMB 1211
Los Angeles, CA 90013
artiscashjr@yahoo.com

Tracking # 7021 0350 0001 3473 5209



PO Box 510090
Livonia MI 48151-6090





PJ9S8B00Y00550

ARTIS CASH
453 S SPRING ST STE 400
PMB 1211
LOS ANGELES, CA 90013-2074

Account Number: ***********9680
Original Creditor: Credit One Bank, N.A.
Current Owner: LVNV Funding LLC
Reference ID: 753595620
Balance: $1,016.90
Accountholder Name: Artis Cash

January 06, 2024

Dear Artis Cash,

We have received a recent inquiry regarding the above-referenced account and have enclosed the account summary which provides verification of debt.

For further assistance, please contact one of our Customer Service Representatives toll-free at 1-866-464-1187.

Sincerely,

Resurgent Capital Services L.P.

Enclosure

Please read the following important notices as they may affect your rights.
This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

Resurgent Capital Services L.P. California Debt Collector License Number: 10888-00

LVNV Funding LLC California Debt Buyer License Number: 10888-04



**Hours of Operation**
8:00AM-9:00PM EST
Monday - Thursday
8:00AM-7:00PM EST
Friday
9:00AM-5:00PM EST
Saturday - Sunday



**General Disputes/Correspondence**
PO Box 10497
Greenville, SC 29603-0497
**Credit Bureau Disputes**
PO Box 1269
Greenville, SC 29602



**Contact Numbers**
Toll Free Phone
1-866-464-1187
Toll Free Fax
1-866-467-0163



**Customer Portal**
Resurgent.com

PJ9S8B00Y0055000550010K0400                    38510274-VERACS-CS



This certificate is attached to a __10__ page document dealing with/entitled **Complaint, Notice of Rights** and dated **Jan. 18, 2024**.

## California JURAT

*A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.*

State of California

County of __Los Angeles__

Subscribed and sworn to (or affirmed) before me on this __18th__ day of __January__, 20__24__, by __Artis Ray Cash Jr.__ proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

MIRIAM GARCIA BORBON
COMM.# 2441567
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Mar. 18, 2027

Signature _____ (Seal)

Printed 01-18

Produced by MarkMaster, Inc. | 1.800.441.MARK | www.markmasterinc.com